Argued and submitted February 6, affirmed September 27, 1995

# STATE OF OREGON,
*Appellant,*

*v.*

# DANIEL McGREW,
*Respondent.*

(66989; CA A83930)

902 P2d 139

Robert M. Atkinson, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Andy Simrin, Deputy Public Defender, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant was charged by information in district court with stalking, committed from September through November 1993, in violation of ORS 163.732, a Class A misdemeanor. The trial court dismissed the case on defendant's pretrial demurrer, ruling that the stalking statute is unconstitutionally vague. *See State v. Norris-Romine/Finley*, 134 Or App 204, 894 P2d 1221 (1995). The district court lacked jurisdiction over the charges. *State v. Rudder*, 133 Or App 174, 889 P2d 1367, *mod State v. Rudder/Webb*, 137 Or App 43, 903 P2d 393 (1995).

Affirmed.